

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Yohan Diaz-Villatoro

**Plaintiff,**

V.

See Attachment

**Defendant.**

Civil Action No.  25-cv-03087-JLS-SBC

**JUDGMENT IN A CIVIL CASE**

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

the Court GRANTS IN PART and DENIES IN PART Petitioner's Petition for Writ of Habeas Corpus. The Court DENIES IN PART the Petition to the extent that Petitioner requests to be released from custody. This concludes the litigation in this matter, case is now closed.

Date:   11/21/25

CLERK OF COURT
**JOHN MORRILL, Clerk of Court**
By:  s/ A. Santiago

A. Santiago, Deputy

# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

(ATTACHMENT)

**Civil Action No.** <u>25-cv-03087-JLS-SBC</u>

Respondents:

Christopher LaRose, in his official capacity as Warden of Otay Mesa Detention Center

Gregory Archambeault, in his official capacity as San Diego Field Office Director, ICE Enforcement Removal Operations

Todd Lyons, in his official capacity as Acting Director of ICE

Kristi Noem, in her official capacity as Secretary of Homeland Security

Immigration and Customs Enforcement

Department of Homeland Security